IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORY JAY GARRISON**                                                           **PLAINTIFF**

v.                          Case No. 4:18-cv-00752-KGB

**SALINE COUNTY DETENTION
CENTER,** *et al.*,                                                             **DEFENDANTS**

## ORDER

By prior Order, the Court adopted in part and declined to adopt in part Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). In that Order, the Court directed plaintiff Cory Jay Garrison to file within 21 days from the entry of that Order a written statement indicating whether he intends to proceed with his claims against Sheriff Rodney Wright in his official and personal capacities as alleged in his amended complaint (Dkt. No. 12, at 1). More than 21 days have passed since the Court entered that Order. Mr. Garrison has not filed a written statement with the Court indicating his intent with respect to those claims.

Therefore, the Court grants Mr. Garrison's motion to dismiss (Dkt. No. 11) and dismisses without prejudice for failure to prosecute Mr. Garrison's remaining claims. The Court denies as moot Mr. Garrison's pending motion for leave to proceed *in forma pauperis* (Dkt. No. 13). The Court finds that dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith, pursuant to 28 U.S.C. §1915(a)(3).

So ordered this the 30th day of September 2019.

_____
Kristine G. Baker
United States District Judge