IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORY JAY GARRISON**                                                      **PLAINTIFF**

v.                     Case No. 4:18-cv-00752-KGB

**SALINE COUNTY DETENTION
CENTER,** *et al.*,                                                 **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice. The Court finds that dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court also certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So adjudged this the 30th day of September 2019.

_____
Kristine G. Baker
United States District Judge